14685

McDAVID ET AL. v. McDAVID ET AL.

(197 S. E., 204)

128

131

134

136

138

140

142

Mr. S. E. Colvin, Jr., as guardian *ad litem* and for appellants,

Mr. Jas. M. Richardson, for respondent,

May 17, 1938.

The opinion of the Court was delivered by MR. JUSTICE BAKER.

The decree of Honorable G. Dewey Oxner, Circuit Judge, being satisfactory to this Court, we adopt it as the opinion of the Court. In reporting the decree, let the description of the lands be omitted. There shall also be reported the Master's report.

MR. CHIEF JUSTICE STABLER and MESSRS. JUSTICES BONHAM and FISHBURNE concur.

MR. JUSTICE CARTER did not participate on account of illness.